In the Matter of the Claim of SIGRID JARPE, Respondent, against R. RANSOHOFF et al., Appellants, and NEW AMSTERDAM CASUALTY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.